IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DISNEY,

      Plaintiff,                            No. CIV S-06-1124 MCE PAN P

     vs.

GRAY DAVIS, et al.,

      Defendants.               <u>ORDER</u>

_____/

        Plaintiff has filed a document entitled "Motion for Discovery." Plaintiff is informed that court permission is not necessary for discovery requests and that neither discovery requests served on an opposing party nor that party's responses should be filed until such time as a party becomes dissatisfied with a response and seeks relief from the court pursuant to the Federal Rules of Civil Procedure. Discovery requests between the parties shall not be filed with the court unless, and until, they are at issue. Once defendants have appeared in this action, plaintiff may seek discovery from defendants pursuant to the Federal Rules of Civil Procedure.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 24, 2006 motion for discovery will be placed in the court file and disregarded. Plaintiff is cautioned that further filing

/////

/////

1

of discovery requests or responses, except as required by rule of court, may result in an order of sanctions, including, but not limited to, a recommendation that this action be dismissed.

DATED: June 12, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/001; disn1124.411