IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN DISNEY,

      Plaintiff,                     No. CIV S-06-1124 MCE EFB P

  vs.

GRAY DAVIS, et al.,

      Defendants.            <u>ORDER</u>

                              /

      Plaintiff is a prisoner without counsel suing under 42 U.S.C. § 1983. On June 14, 2006, a different magistrate judge dismissed the complaint with leave to amend. On July 26, 2006, the magistrate judge found that plaintiff failed to file an amended complaint and recommended this action be dismissed for plaintiff's failure to prosecute. On September 13, 2006, plaintiff filed objections to that recommendation

      Plaintiff asserts his mental illness and limited access to legal materials have impaired his ability to file an amended complaint and he requests additional time to comply with the June 14, 2006, order.

////

////

////

1   The request for additional time will be granted.  It is ORDERED that the July 26, 2006,
2 findings and recommendations are vacated and plaintiff has 30 days from the date this order is
3 served to file an amended complaint.
4 Dated: September 25, 2006.

\disn1124.vac f&r

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE